IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

17 SEP 13 AM 10: 21

| | | |
|---|---|---|
| LHRET ASCENSION AUSTIN, L.P., | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | CAUSE NO. A-17-CV-00605-LY |
| | § | |
| OPENDRAW LIMITED LIABILITY | § | |
| COMPANY; AND MICHAEL | § | |
| WILLOUGHBY, | § | |
| DEFENDANT. | § | |
| | § | |

## FINAL JUDGMENT

Before the court in the above styled and numbered cause is Plaintiff LHRET Ascension Austin, L.P's Stipulation of Dismissal Without Prejudice filed September 11, 2017 (Clerk's Document No. 14). LHRET Ascension Austin stipulates to dismissal without prejudice of all of its claims and causes of action alleged against Defendants OpenDraw Limited Liability Company and Michael Willoughbyin this caus. Having reviewed the stipulation and the case file,

**IT IS ORDERED** that Plaintiff LHRET Ascension Austin, L.P's claims and causes of action alleged against Defendants OpenDraw Limited Liability Company and Michael Willoughby are **DISMISSED WITHOUT PREJUDICE.**

As nothing remains for resolution in the cause, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS HEREBY ORDERED** that the case is hereby **CLOSED**.

SIGNED this ___13th___ day of September, 2017.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE